FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Latasha Chanta Tennial**    Case No.
Debtor(s)    Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S):    (H) **Latasha Chanta Tennial**    S.S.# **xxx-xx-5151**
              (W)    S.S.#

ADDRESS:    **4573 Fawn Hollow Cove**
            **Memphis, TN 38141**

PLAN PAYMENT:    Debtor(s) to pay $ **1,503.00**    (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:    OR ( **X** ) DIRECT PAY
                     BECAUSE:    **Self Employed**
                     FIRST PAYMENT DATE:    **June 27, 2015**

PLACE OF EMPLOYMENT:    **Self-Employed**
ADMINISTRATIVE:    Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

AUTO INSURANCE:    ( ) Not included in Plan    ( ) Included in Plan    $ **-NONE-**
CHILD SUPPORT:    Future support through Plan to _____    $ **-NONE-**
                 Child support arrearage amount _____    $
PRIORITY CREDITORS:    **-NONE-**    $ **-NONE-**

HOME MORTGAGE:    If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Carrington Mortgage Services**    Ongoing pmt. Begin **July 2015**    $ **825.00**
                                   Approx. arrearage **15,561.00**    Interest **0.00** %    $ **260.00**

SECURED CREDITORS;    VALUE    RATE OF    MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})    COLLATERAL    INTEREST    PLAN PMT.
**Nissan Motor Acceptance**    $ **13,300.00**    **5.25** %    $ **253.00**

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$47,363.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **B. David Sweeney TN BPR # 012821**
                     **The Sweeney Law Firm, P.C.**
                     **P.O. Box 341698**
                     **Memphis, TN 38184**
                     **901-523-2323 Fax:901-202-4701**